# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

CASE No.: 2:25-cv-00083-SPC-KCD

MARIA MORALES,

   Plaintiff,

vs.

PUBLIX SUPER MARKETS, INC., and
IL PRIMO PIZZA AND WINGS, IV, INC.

   Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT IL PRIMO PIZZA AND WINGS IV, INC.

Plaintiff MARIA MORALES, by and through her undersigned counsel, hereby files this Notice of Voluntary Dismissal, with prejudice, of this action, solely against Defendant, IL PRIMO PIZZA AND WINGS IV, INC.

Respectfully submitted this 16th day of April 2025.

                                              By: /s/Sara Howeller, Esq.
                                              Sara Howeller, Esq.
                                              Florida Bar Number: 847100
                                              Attorney for Plaintiff
                                              The Law Offices of Sara Howeller
                                              1732 Ronald Reagan Blvd
                                              Longwood, Florida 32750
                                              Telephone: 407-977-7822
                                              Facsimile: 844-300-7287
                                              Email: DHoweller@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Sara Howeller, Esq.
Sara Howeller, Esq.
Florida Bar Number: 847100
Attorney for Plaintiff
The Law Offices of Sara Howeller
1732 Ronald Reagan Blvd
Longwood, Florida 32750
Telephone: 407-977-7822
Facsimile: 844-300-7287
Email: DHoweller@gmail.com