UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIA MORALES,

    Plaintiff,                           CASE NO. 2:25-cv- 00083-SPC-KCD

v.

PUBLIX SUPER MARKETS, INC., and
IL PRIMO PIZZA AND WINGS, IV,
INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Maria Morales and Defendant Publix Super Markets, Inc., by and through their undersigned counsel, hereby give the Court notice that the parties have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

The Parties therefore request this Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all claims will be filed within 60 days.

Dated: May 29, 2025

Respectfully submitted,

| | |
|---|---|
| *By: /s/ Sara Howeller* | *By: /s/ Beth S. Joseph* |
| Sara Howeller | Beth Joseph |
| Florida Bar Number: 847100 | Florida Bar No. 62952 |
| Email: DHoweller@gmail.com | Email: beth.joseph@morganlewis.com |
| The Law Offices of Sara Howeller | Morgan, Lewis & Bockius LLP |
| 1732 Ronald Reagan Blvd | 600 Brickell Avenue |
| Longwood, Florida 32750 | Suite 1600 |

| | |
|---|---|
| Telephone: 407-977-7822 | Miami, FL 33131-3075 |
| Facsimile: 844-300-7287 | Telephone: 305.415.3330 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 29, 2025, a copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Beth S. Joseph*
Beth S. Joseph
